# EXHIBIT A

*Hand G Peppers*

P.O. Box 296
Orestes, IN 46063

12245 N. CR 450 W.
Gaston, IN 47342

# Invoice

Bill To:

Ebro Foods, Inc.
1330 W. 43rd St.
ATTN: ACCT/ PAYABLE
Chicago, IL 60609

Customer No.: EBRO FOODS

Ship To:   Invoice No.: 2521

Ebro Foods, Inc.
1330 West 43rd Street
Chicago, IL 60609

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/02/07 | SEE PICK TICKET | Origin | PACA "terms" |
| Purchase Order Number | | Our Order Number | |
| 85609-7-REVISE | | 271 | |

| Quantity Required | Shipped | Description | Unit Price | Amount |
|---|---|---|---|---|
| 38400 | 38400 | Fresh Whole Green Jalapeno Peppers, Decap-Stem & Calyx 48-800# totes on 24 pallets | 0.37 | 14208.00 |

Stock to be good quality, mature, freshly picked, free from defects, such as:

rotting, shrivelling, discoloring, stones, foreign materials, etc.

Keep temperature at 38-40
Driver must call every day to report status/location.

ATTN: SHIPPING:
The last 2 cardboard bins/ pallets must end up against

the doors of the trailer as a barrier, to avoid shifting locking bars, or pallets can

be used to fill any gaps.
In transit shrinkage limit to 1%, shipper responsible

for half the excess over 1%.

Thank you for your order!

Invoice subtotal                14208.00

Invoice total                   14208.00

G and G Peppers, LLC

# Invoice

P.O. Box 296          12245 N. CR. 750 W.
Orestes, IN 46063     Gaston, IN 47342

Customer No.: EBRO FOODS

Bill To:

Ebro Foods, Inc.
1330 W. 43rd St.
ATTN: ACCT./ PAYABLE
Chicago, IL 60609

Ship To:

Ebro Foods, Inc.
1330 West 43rd Street
Chicago, IL 60609

Invoice No.: 2521

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/02/07 | SEE PICK TICKET | Origin | PACA "terms" |

| Purchase Order Number | Our Order Number |
|---|---|
| 85609-7-REVISE | 271 |

| Quantity | | Description | Unit Price | Amount |
|---|---|---|---|---|
| Required | Shipped | | | |

The perishable agricultural commodities listed on this invoice are sold subject to statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S. C. 499e(c)). The seller of these commodities retains a trust claim over these commmoditites, all inventories of food or other products derived from these commoditites, and any receivables or proceeds from the sale of these commodities until full payment is received. NOTICE: Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys' fees. No claim for credits or adjustments can be considered unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product along with the written USDA inspection results.

G and G Peppers, LLC

P.O. Box 296    12245 N. CR. 450 W.
Orestes, IN 46063    Gaston, IN 47342

# Invoice

Customer No.: EBRO FOODS

Bill To:

Ebro Foods, Inc.
1330 W. 43rd St.
ATTN: ACCT/ PAYABLE
Chicago, IL 60609

Ship To:    Invoice No.: 393061

Ebro Foods, Inc.
1330 West 43rd Street
Chicago, IL 60609

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/08/07 | SEE PICK TICKET | Origin | PACA "terms" |

| Purchase Order Number | Our Order Number |
|---|---|
| 85661-7-REVISE | 281 |

| Quantity Required | Quantity Shipped | Description | Unit Price | Amount |
|---|---|---|---|---|
| 38400 | 38400 | Fresh Whole Green Jalapeno Peppers, Decap-Stem & Calyx 48-800# totes on 24 pallets | 0.37 | 14208.00 |

Stock to be good quality, mature, freshly picked free from defects such as:

Rotting, shrivelling, discoloring, stones, foreign materials, etc.

Keep temperature at 38-40 F
Driver must call every day to report status/location.

Plant:M-F 773-696-0150
S/S 773-769-4636
Cell 773-934-4636

Shipping: last 2 cardboard bins/pallets must end up against doors of trailer

as a barrier, to avoid shift also locking bars or pallets can be used to fill gaps.

In transit shrinkage limit to 1%, shipper responsible for half the excess over 1%.

Thank you for your order!

Invoice subtotal    14208.00

Invoice total    14208.00

G and G Peppers, LLC

# Invoice

P.O. Box 296
Oresles, IN 46063

12245 N. CR 450 W.
Gaston, IN 47342

Bill To:

Ebro Foods, Inc.
1330 W. 43rd St.
ATTN: ACCT./ PAYABLE
Chicago, IL 60609

Ship To:

Ebro Foods, Inc.
1330 West 43rd Street
Chicago, IL 60609

Customer No.: EBRO FOODS
Invoice No.: 893061

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/08/07 | SEE PICK TICKET | Origin | PACA "terms" |

| Purchase Order Number | Our Order Number |
|---|---|
| 85661-7-REVISE | 281 |

| Quantity Required | Quantity Shipped | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commmoditites, all inventories of food or other products derived from these commoditites, and any receivables or proceeds from the sale of these commodities until full payment is received. NOTICE: Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys' fees. No claim for credits or adjustments can be considered unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product along with the written USDA inspection results.

# Invoice

**G and G Peppers, LLC**

P.O. Box 296
Orestes, IN 46063

12245 N. CR 450 W.
Gaston, IN 47342

Customer No.: EBRO FOODS

Bill To:

Ebro Foods, Inc.
1330 W. 43rd St.
ATTN: ACCT./PAYABLE
Chicago, IL 60609

Ship To:

Ebro Foods, Inc.
1330 West 43rd Street
Chicago, IL 60609

Invoice No.: 194070

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/10/07 | SEE PICK TICKET | Origin | PACA "terms" |

| Purchase Order Number | Our Order Number |
|---|---|
| 85662-7Revise | |

| Quantity Required | Shipped | Description | Unit Price | Amount |
|---|---|---|---|---|
| 39200 | 39200 | Fresh Whole Green Jalapeno Peppers, Decap-Stem & Calyx 49-800# totes on 25 pallets | 0.37 | 14504.00 |

Stock to be good quality, mature, freshly picked, free from defects, such as;

rotting, shrivelling, discoloring, stones, foreign materials, etc.

Keep temperature at 38-40 F
Driver must call every day to report status/location.

Plant:M-F 773-696-0150
S/S 773-769-4636
Cwll 773-934-4636

Shipping: last 2 cardboard bins/pallets must end up against doors of trailer,

as a barrier, to avoid shift also locking bars or pallets can be used to fill gaps.

In transit shrinkage limit to 1%, shipper responsible for half excess over 1%

Thank you for your order!

Invoice subtotal    14504.00

Invoice total    14504.00

T and G Peppers

P.O. Box 296
Orestes, IN 46063

12245 N. CR 450 W.
Gaston, IN 47342

# Invoice

Customer No.: EBRO FOODS

Bill To:

Ebro Foods, Inc.
1330 W. 43rd St.
ATTN: ACCT./ PAYABLE
Chicago, IL 60609

Ship To:

Ebro Foods, Inc.
1330 West 43rd Street
Chicago, IL 60609

Invoice No.: 194070

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 10/10/07 | SEE PICK TICKET | Origin | PACA "terms" |

| Purchase Order Number | Our Order Number |
|---|---|
| 85662-7 Revise | |

| Quantity | | Description | Unit Price | Amount |
|---|---|---|---|---|
| Required | Shipped | | | |

The perishable agricultural commodities listed on this invoice are sold subject to statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commmoditites, all inventories of food or other products derived from those commoditites, and any receivables or proceeds from the sale of these commodities until full payment is received. NOTICE: Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys' fees. No claim for credits or adjustments can be considered unless the problem is reported in writing to Seller within eight (8) hours of receipt of the product along with the written USDA inspection results.