09/25/2006 MON 10:42 FAX                                                                                    ☒001/001



**El Ebro**

PURCHASE ORDER  
N° 85060

DATE: 9-25-2006  
SPOKE TO: GARY REICHART

TO: G & G PEPPERS, LLC.  
P.O. BOX 296  
ORESTES, INDIANA 46063  
765/358-4519 X 302 FAX: 4522

DELIVERY DATE: 9-28-06, AT 6:30 PM  
TERMS: NET 30 DAYS  
SHIP VIA: SELLER'S OPTION

FREIGHT EXPENSES TO BE PAID BY: SELLER ☒

| QUANTITY ORDERED UNITS / LBS. | CODE FNSH | DESCRIPTION | PRICE |
|---|---|---|---|
| 40,000 | 1225 | GREEN JALAPENO PEPPERS, DECAP-STEM AND CALYX OFF STOCK TO BE GOOD QUALITY, MATURE, FRESHLY PICKED, FREE FROM DEFECTS, SUCH AS: ROTTING, SHRIVELLING, DISCOLORING, STONES, FOREIGN MATERIALS, ET CETERA. | 32¢/LB |
| | | KEEP TEMPERATURE AT 38°F TO 40°F | |
| | | DRIVER MUST CALL EVERY DAY TO REPORT STATUS AND LOCATION. | |
| | | PLANT: MONDAY THRU FRIDAY PH: 773/696-0150 FAX: 0151 | |
| | | CONTACT: SATURDAY AND SUNDAY 773/769-4636 | |
| | | CELLULAR 773/934-4636 | |
| | | ATTENTION SHIPPING: | |
| | | THE LAST 2 CARDBOARD BINS/PALLETS MUST END-UP AGAINST THE DOORS OF THE TRAILER AS A BARRIER, TO AVOID SHIFTING. ALSO LOCKING BARS, OR PALLETS CAN BE USED TO FILL ANY GAP. | |
| | | IN TRANSIT SHRINKAGE LIMIT TO 1 %, SHIPPER IS RESPONSIBLE FOR HALF THE EXCESS OVER 1%. | |
| | | TO ENSURE THAT THIS ORDER WAS RECEIVED AND PROCESSED, PLEASE SIGN AND RETURN VIA FAX. | |
| | | THANK YOU! | |
| | | BILL & SHIP TO: | |
| | | EBRO FOODS, INC. | |
| | | 1330 WEST 43RD STREET | |
| | | CHICAGO, ILLINOIS 60609 | |

FREIGHT CHARGES EXCEEDING STANDARD RATES MUST BE APPROVED.  
REMARKS: SHOULD YOU HAVE ANY PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL RICARDO AT 773/696-0150 OR FAX AT 0151

ORDERED BY: _[signature]_                            APPROVED BY: _[signature]_

EBRO 006                                    EXHIBIT B