Item # W1000

# El Ebro

**PURCHASE ORDER No. 85029**

TO: G AND G PEPPERS, LLC
P.O. BOX 276
ORESTES, IN 46063
(765)338-4919 X302 FAX: 4522

DATE: 9-15-2006
SPOKE TO: GARY REICHART
DELIVERY DATE: 9-19-2006 AT 6:30 A.M.
TERMS: NET 30 DAYS
SHIP VIA: SELLER'S OPTION

FREIGHT EXPENSES TO BE PAID BY: SELLER

| QUANTITY ORDERED UNITS / LBS. | CODE | DESCRIPTION | PRICE |
|---|---|---|---|
| 40,000 | 1225 | email: greichart@g&gpeppers.com GREEN JALAPENO PEPPERS, DECAP-STEM AND CALYX OFF STOCK TO BE GOOD QUALITY, MATURE, FRESHLY PICKED, FREE FROM DEFECTS, SUCH AS: ROTTING, SHRIVELLING, DISCOLORING, STONES, FOREIGN MATERIALS, ET CETERA. | .32¢/LB |

KEEP TEMPERATURE AT 38°F TO 40°F

DRIVER MUST CALL EVERY DAY TO REPORT STATUS AND LOCATION:
PLANT: MONDAY THRU FRIDAY PH: 773/696-0150 FAX: 0151
CONTACT: SATURDAY AND SUNDAY 773/769-4636
CELLULAR 773/934-4636

ATTENTION SHIPPING:
THE LAST 2 CARDBOARD BINS/PALLETS MUST END UP AGAINST THE DOORS OF THE TRAILER AS A BARRIER, TO AVOID SHIFTING, ALSO LOCKING BARS, OR PALLETS CAN BE USED TO FILL ANY GAP.

IN TRANSIT SHRINKAGE LIMIT TO 1 %, SHIPPER IS RESPONSIBLE FOR HALF THE EXCESS OVER 1%.

TO ENSURE THAT THIS ORDER WAS RECEIVED AND PROCESSED, PLEASE SIGN AND RETURN VIA FAX.

THANK YOU!

BILL & SHIP TO:
EBRO FOODS, INC.
1320 WEST 43RD STREET
CHICAGO, ILLINOIS 60609

FREIGHT CHARGES EXCEEDING STANDARD RATES MUST BE APPROVED.
REMARKS: SHOULD YOU HAVE ANY PROBLEMS RECEIVING THIS TRANSMISSION, PLEASE CALL RICARDO AT 773/696-0150 OR FAX AT 0151

ORDERED BY: [signature]
APPROVED BY: [signature]

EBRO 007    EXHIBIT C