## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable:** Eugene R. Wedoff

**Hearing Date:**

**Bankruptcy Case No.:** 09 B 10101

**Adversary No.:** 09 A 00500

**Title of Case:** In re Ebro Foods, Inc.

G and G Peppers, LLC v. Ebro Foods, Inc.

**Brief Statement of Motion:** G and G's adversary complaint

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

For the reasons set forth in the court's Memorandum of Decision (Adv. Docket No. 48), it is hereby ordered that: (a) judgment is entered in favor of G&G as to Count 1 of the complaint in the amount of $43,946.60, which entitles G&G to a general unsecured claim against Ebro's bankruptcy estate, and (b) judgment is entered in favor of Ebro as to Count 2 and 3 of the complaint, on the basis that G&G does not possess a trust supporting its claim.

*Eugene R. Wedoff*
2 FEB 2010

6/11/99