|  |  | **Forrest L. Ingram, P.C.**<br>*Attorneys and Counsellors*<br>79 W. Monroe, Suite 900<br>Chicago, IL 60603-4907 | **Ebro** |  |  |
|---|---|---|---|---|---|
| <u>Date</u> | <u>Nature</u> | Item | <u>Atty</u> | <u>Time</u> | <u>Fee</u> |
| 6/1/09 | CashC | Meet with HM and PL to analyze and prepare response to G&G Peppers, LLC's ojbection to use of cash collateral. | FLI | 0.7 | $308.00 |
| 6/4/09 | CM | Review email from Mimi Vega re claim by G&G Peppers. | FLI | 0.1 | $44.00 |
| 6/9/09 | CM | Emails to client and attorneys re PACA conflict. | FLI | 0.2 | $88.00 |
| 6/15/09 | CM | Return phone call to Craig Stokes, attorney for G&G Peppeers re Ebro agreement. | FLI | 0.1 | $44.00 |
| 6/17/09 | Adv | Email to client re possible adversary by G&G Peppers; attempt to set up meeting tomorrow or Friday. | FLI | 0.1 | $44.00 |
| 6/17/09 | CM | Spoke with Carl Stokes re G&G Peppers PACA claim. | FLI | 0.1 | $44.00 |
| 6/17/09 | CM | Direct PL to obtain all documents needed to analyzed G&G Pepper's claim in Ebro Foods case. | FLI | 0.1 | $44.00 |
| 6/22/09 | Adv | Review documents from Craig Stokes, including complaint. | FLI | 0.3 | $132.00 |
| 6/22/09 | Adv | Spoke with Silvio and Mimi re G&G Pepper complaint. | FLI | 0.2 | $88.00 |
| 6/23/09 | Adv | Call to Craig Stokes re accepting service of process. | FLI | 0.1 | $44.00 |
| 6/24/09 | Adv | Spoke with Carolyn Browne of USDA; download and print docket; email to Browne as requested. | FLI | 0.2 | $88.00 |
| 6/29/09 | Adv | Review with clients and with PL various G&G Peppers documents; adversary complaint, proof of claim, exhibits, objection to use of cash collateral. Discuss responses. | FLI | 1.0 | $440.00 |
| 6/30/09 | Adv | Draft letter to Craig Stokes re possible settlement with G&G Peppers. Email to clients for review. | FLI | 0.5 | $220.00 |
| 6/30/09 | Adv | Direct PL to research PACA issues in 7th Circuit. | FLI | 0.1 | $44.00 |
| 6/30/09 | Adv | Review email from clients, approving letter to Stokes. | FLI | 0.1 | $44.00 |
| 6/30/09 | Adv | Send email to Stokes, with copy of letter re settlement. | FLI | 0.1 | $44.00 |
| 7/9/09 | Adv | Conference with PL and HM re resolving dispuite with G&G Peppers. | FLI | 0.3 | $132.00 |

| Date | Type | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 7/9/09 | Adv | Spoke with Silvio re debtor's dealings with G&G Peppers. | FLI | 0.2 | $88.00 |
| 7/11/09 | Adv | Draft settlement letter to G&G Peppers' attorney Carl Stokes. | FLI | 0.4 | $176.00 |
| 7/11/09 | Adv | Draft email to client; send with draft of lettrr to Stokes and motion for use of cash collateral. | FLI | 0.1 | $44.00 |
| 7/14/09 | Adv | Review letter and cases from Stokes; draft response. Email and mail to Stokes. | FLI | 0.5 | $220.00 |
| 7/15/09 | Adv | Revew letter from Stokes. Send emal, with copy of Stokes letter, to client for further negotiations. | FLI | 0.2 | $88.00 |
| 7/17/09 | Adv | Scan in draft of adversary complaint. | FLI | 0.1 | $44.00 |
| 7/21/09 | Adv | Conference call with clients re settlement with G&G Peppers. | FLI | 0.2 | $88.00 |
| 7/21/09 | Adv | Draft new settlement letter to G&G Peppers' attorney Carl Stokes. Draft fax cover; fax; also send by email. | FLI | 0.5 | $220.00 |
| 7/22/09 | Adv | Prepare for court and court appearance re status of adversary. Answer due i7/31/09; status on 8/4/09 at 10:00 A.M. | FLI | 0.3 | $132.00 |
| 7/22/09 | Adv | Conference with C. Stokes re settlement proposal with G&G Peppers, LLC. | FLI | 0.3 | $132.00 |
| 7/22/09 | Adv | Email to C. Stokes re settlement with G&G Peppers. | FLI | 0.2 | $88.00 |
| 7/25/09 | Fee | Draft response to G&G's objection to attorney fee petition. | FLI | 0.6 | $264.00 |
| 7/25/09 | Fee | Send to C. Stokes the draft response to G&G's objection with request to resume settlement negotiations on G&G's claim. | FLI | 0.1 | $44.00 |
| 7/27/09 | CashC | Review objection of G&G to use of cash collateral; examine docket; prepare to respond. | FLI | 0.5 | $220.00 |
| 7/27/09 | Obj | Work on objection to claim of G&G Peppers. | FLI | 0.2 | $88.00 |
| 7/31/09 | Adv | Obtain information to respond to questions of C. Stokes. Email to C. Stokes in response to his inquiries. | FLI | 0.2 | $88.00 |
| 7/31/09 | Adv | Draft answer to complaint; draft notice of filing; direct PL to file. | FLI | 1.1 | $484.00 |
| 7/31/09 | Adv | Spoke with clients re terms of settlement with G&G. | FLI | 0.2 | $88.00 |
| 7/31/09 | Adv | Draft settlem terms and send to C. Stokes. | FLI | 0.2 | $88.00 |
| 8/2/09 | Adv | Review email from M. Vega approving settlement terms with G&G. | FLI | 0.1 | $44.00 |
| 8/3/09 | Adv | Spoke with Stokes about G&G Peppers' demand. | FLI | 0.2 | $88.00 |

| Date | Type | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 8/3/09 | Adv | Email to clients and G. Munoz re Peppers' demand and need to respond immediately. | FLI | 0.3 | $132.00 |
| 8/3/09 | Adv | Review final settlement proposal from G&G. Email it to client. | FLI | 0.2 | $88.00 |
| 8/3/09 | Adv | Review research on PACA and banrkuptcy. | FLI | 0.3 | $132.00 |
| 8/3/09 | Adv | Analyze how to apply research to G&G Peppers issues. Draft letter to clients re same. | FLI | 1.0 | $440.00 |
| 8/3/09 | Adv | Review reply of G&G to objection to fees. Dforward to clieents. | FLI | 0.2 | $88.00 |
| 8/4/09 | Adv | Meet with Silvio and Zenaida to prepare for court. | FLI | 0.5 | $220.00 |
| 8/4/09 | Adv | Court appearance re status on G&G Adversary. Date set for pre-trial conference. | FLI | 0.3 | $132.00 |
| 8/5/09 | Adv | Conference call with Mimi Vega, PL, HM, and VC re factual and legal basis for opposing G&G's adversary. | FLI | 0.5 | $220.00 |
| 8/5/09 | Adv | Conference with PL, HM, and VC to organize research, discovery, and trial preparation re G&G Peppers. | FLI | 0.5 | $220.00 |
| 8/5/09 | Pre-Tr | Review Pre-Trial Order; send to clients and legal team. Set meeting for this afternoon. | FLI | 0.2 | $88.00 |
| 8/5/09 | Pre-Tr | Send clients copy of Answer with further questions. | FLI | 0.1 | $44.00 |
| 8/6/09 | Adv | Spoke with David Adelman, PACA attorney, re G&G case. | FLI | 0.2 | $88.00 |
| 8/6/09 | Adv | Spoke with Mimi re setting aside funds in an escrow account to pay G&G if court so requires. | FLI | 0.2 | $88.00 |
| 8/7/09 | Adv | Conference call with Silvio and Mimi Vega and G. Munos re factual and legal basis for opposing G&G's adversary. Discuss withdrawing answer and filing motion to dismiss adversary, as well as other defenses. | FLI | 0.8 | $352.00 |
| 8/7/09 | Adv | Direct VC to research various issues related to PACA trusts. | FLI | 0.2 | $88.00 |
| 8/7/09 | Adv | Direct VC to draft motion to withdraw answer and for leave to file motion to dismiss. | FLI | 0.2 | $88.00 |
| 8/10/09 | Adv | Review and revise draft of motion for leave to withdraw answer. | FLI | 0.2 | $88.00 |
| 8/10/09 | Adv | Final review of motion, notice, and order; direct VC to file. | FLI | 0.2 | $88.00 |
| 8/11/09 | Adv | Review G&G's objection to the motion to withdraw answer. | FLI | 0.2 | $88.00 |
| 8/11/09 | Adv | Review and revise draft of motion to dismiss complaint. | FLI | 0.2 | $88.00 |

| Date | Type | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 8/11/09 | Adv | Draft reply to G&G's objection to motion to withdraw answer; attach draft of motion to dismiss; file by ECF with court; serve opposing counsel by fax. | FLI | 1.2 | $528.00 |
| 8/12/09 | Adv | Prepare for court and court appearance re motion to withdraw answer. Court denied motion. | FLI | 0.8 | $352.00 |
| 8/12/09 | Adv | Draft Amended Answer to complaint. | FLI | 0.5 | $220.00 |
| 8/12/09 | Adv | Send copy of amended answer to clients, G. Munoz, HM, and PL for review and revisions.. | FLI | 0.2 | $88.00 |
| 8/12/09 | Adv | Review Stokes' appearance. Exchange email with RG. Munoz re Stoke's license to appear in Illilnos courts. | FLI | 0.3 | $132.00 |
| 8/12/09 | Adv | Direct VC to research license of o/c to practice in N. Dist. of Illinois, and consequences if he is not so licensed. | FLI | 0.1 | $44.00 |
| 8/12/09 | Adv | Review comments from G.Munoz; prepare pdf file for Amended Answer; draft notice of motion; direct VC to draft order and file. | FLI | 0.4 | $176.00 |
| 8/12/09 | Adv | Exchange emails with C. Stokes about counsel-conference pursuant to court's order. | FLI | 0.1 | $44.00 |
| 8/12/09 | Pre-Tr | Draft form for joint pretrial statement. | FLI | 0.5 | $220.00 |
| 8/12/09 | Pre-Tr | Draft contested facts. | FLI | 0.5 | $220.00 |
| 8/12/09 | Pre-Tr | Email to Stokes re counsel conference to prepare joint pretiral statement for filing on 8/20/09. | FLI | 0.2 | $88.00 |
| 8/13/09 | Adv | Direct VC to revise proposed order and file it. | FLI | 0.1 | $44.00 |
| 8/18/09 | Adv | Spoke with C. Stokes re is not objecting to amending answer. Also discuss settlement and fililng of joint pretrial statement. | FLI | 0.2 | $88.00 |
| 8/19/09 | Adv | Court appearance re motion to file amended answer; motion granted. | FLI | 0.5 | $220.00 |
| 8/19/09 | Adv | Exchange emails with C.Stokes re jont pretrial. | FLI | 0.1 | $44.00 |
| 8/19/09 | Adv | Work on joint pretrial statement. | FLI | 0.8 | $352.00 |
| 8/20/09 | Adv | Various communications with clients, opposing counsel, and legal team re amendments to the joint pretrial statement. | FLI | 1.5 | $660.00 |
| 8/20/09 | Adv | Draft and amend joint pretrial statement; collate several redline versions from opposing counsel and clients; edit. | FLI | 3.8 | $1,672.00 |
| 8/24/09 | Adv | Prepare for court tomorrow. | FLI | 0.1 | $44.00 |

| Date | Type | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 8/24/09 | Adv | Email to Stoikes, with copy to client, re status hearing tomorrow on the adversary; suggest discovery schedule. | FLI | 0.2 | $88.00 |
| 8/24/09 | Obj | Spoke with C. Stokes re Kelley Bean claim. | FLI | 0.1 | $44.00 |
| 8/24/09 | Obj | Review Stokes' analysis of Kelley Bean PACA trust rights. | FLI | 0.2 | $88.00 |
| 8/25/09 | Pre-Tr | Email to clients re pre-trial and trial scheduling. | FLI | 0.2 | $88.00 |
| 8/27/09 | Adv | Exchange emails with Mimi re adversary discovery and trial. | FLI | 0.1 | $44.00 |
| 8/28/09 | Adv | Exchange emails with client re G&G adversary, including ability to pay for legal services. | FLI | 0.1 | $44.00 |
| 8/28/09 | Pre-Tr | Spoke with G. Munoz re discovery requests. | FLI | 0.4 | $176.00 |
| 8/28/09 | Pre-Tr | Revise discovery requests; draft fax cover; fax to Craig Stokes before 5:00 P.M. | FLI | 1.1 | $484.00 |
| 9/3/09 | Adv | Exchange emails with Stokes office re discovery schedule. | FLI | 0.1 | $44.00 |
| 9/7/09 | Adv | Direct PL to communicate with clients re responding timely to G&G's discovery requests. | FLI | 0.1 | $44.00 |
| 9/7/09 | Adv | Discuss with VC and HM the trial schedule. | FLI | 0.1 | $44.00 |
| 9/10/09 | Adv | Direct VC to begin preparing response to G&G's discovery requests. | FLI | 0.1 | $44.00 |
| 9/11/09 | Adv | Give directions to VC re preparing answers to discovery requests for service on opposing counsel today. | FLI | 0.1 | $44.00 |
| 9/11/09 | Adv | Spoke with Silvio responses to discovery requests. | FLI | 0.1 | $44.00 |
| 9/11/09 | Adv | Spoke with Mimi Vega re discovery responses; also re speaking with PACA attorney. | FLI | 0.1 | $44.00 |
| 9/11/09 | Adv | Spoke with Joseph Bodoff re deficiencies in the PACA claim ofd G&G Peppers. | FLI | 0.2 | $88.00 |
| 9/11/09 | Adv | Review documents received from client. Direct VC to sort and analyze, and to prepare to send them to opposing counsel in response to discovery requests. | FLI | 0.5 | $220.00 |
| 9/11/09 | Adv | Spoke with Mimi Vega re answering interrogatories. | FLI | 0.2 | $88.00 |
| 9/11/09 | Adv | Review responses of G&G to Ebro's interrogatories; documents requested to arrive next week. | FLI | 0.2 | $88.00 |

| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 9/11/09 | Adv | Several conversations with clients re obtaining final documents and responses to interrogatories. Direct VC to complete and email to C.Stokes. | FLI | 0.5 | $220.00 |
| 9/14/09 | Adv | Review results of research by VC; forward to clients with request for comments. | FLI | 0.2 | $88.00 |
| 9/18/09 | Adv | Exchange emails with client re upcoming evidentiary hearing on G&G's adversary. | FLI | 0.1 | $44.00 |
| 9/18/09 | Adv | Teleconference with M & S Vega, G. Munoz, PG, and VC rre possible settlement terms and preparation for trial. | FLI | 1.0 | $440.00 |
| 9/19/09 | Adv | Review emails from Mimi re PACA trust; dierecdt VC to examine statute and relevant case law. | FLI | 0.2 | $88.00 |
| 9/19/09 | Adv | Review and revise request to admit. | FLI | 0.2 | $88.00 |
| 9/22/09 | Adv | Meet with Silvio, Mimi, and VC to review requests to admit, discuss PACA law, and prepare to comply with pretrial order.. | FLI | 1.0 | $440.00 |
| 9/22/09 | Adv | Spoke by phone with Mimi and responded to her emails re PACA, and re new PACA claimant. | FLI | 0.2 | $88.00 |
| 9/22/09 | Adv | Review new draft of requests to admit. | FLI | 0.2 | $88.00 |
| 9/22/09 | Adv | Further revisions to request to admit. Direct VC to serve O/C. | FLI | 0.2 | $88.00 |
| 9/26/09 | Adv | Review email exchange with Mimi re PACA status; view Ebro website and discuss issues with VC. | FLI | 0.3 | $132.00 |
| 9/30/09 | Adv | Meet with VC re exchanging witness list and exhibit list for trial. | FLI | 0.2 | $88.00 |
| 10/2/09 | Adv | Review letter and emails from Stokes' firm; direct VC eto send requested documents and to prepare response to other requests. | FLI | 0.2 | $88.00 |
| 10/2/09 | Adv | Review documents and letters to be faxed to Stokes. | FLI | 0.2 | $88.00 |
| 10/5/09 | Adv | Meet with VC to prepare for trial on Wednesday. Direct VC to summarize research into PACA trust law in one document. | FLI | 0.3 | $132.00 |
| 10/5/09 | Adv | Review responses of G&G to requests to admit. | FLI | 0.2 | $88.00 |
| 10/6/09 | Adv | Meet with Silvio, Mimi, and VC to prepare for trial tomorrow. | FLI | 1.7 | $748.00 |
| 10/6/09 | Adv | Prepare for trial; review complaint,answer, exhibits. | FLI | 2.3 | $1,012.00 |

| Date | Type | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 10/7/09 | Adv | Further preparation fore trial; read relevant cases, argument outlines, documents from plaintiff. | FLI | 1.3 | $572.00 |
| 10/7/09 | Adv | Meet with Silvio and VC to prepare for trial. | FLI | 0.5 | $220.00 |
| 10/7/09 | Adv | Attend court for trial; obtrain order setting schedule for supplemental briefs and hearing date. | FLI | 0.7 | $308.00 |
| 10/17/09 | Adv | Review and thoroughly revise trial brief opposing G&G Peppers' complaint. | FLI | 2.5 | $1,100.00 |
| 10/20/09 | Adv | Review and revise version of trial brief; direct VC to make changes. | FLI | 0.3 | $132.00 |
| 10/27/09 | Adv | Discuss with VC G&G's brief and our approach to a response. | FLI | 0.2 | $88.00 |
| 11/4/09 | Adv | Review and revise responsive trial brief in the G&G adversary. Direct VC to make changes. | FLI | 0.5 | $220.00 |
| 11/5/09 | Adv | Review G&G's response brief. | FLI | 0.2 | $88.00 |
| 11/9/09 | Adv | Spoke with VC re communication from Mimi re G&G. | FLI | 0.1 | $44.00 |
| 11/10/09 | Adv | Prepare for court and court appearance re status on trial briefs; court will issue written opinion on matter of first impression in mid-December. | FLI | 0.7 | $308.00 |
| 11/10/09 | Adv | Spoke with Mimi and Silvio re court's announcement re expected written opinion. | FLI | 0.2 | $88.00 |
| 6/1/09 | CashC | Reviewed G&G Pepper's objection | PFL | 0.8 | $180.00 |
| 6/3/09 | CashC | Email from client re: G&G Peppers | PFL | 0.2 | $45.00 |
| 6/19/09 | Adv | Assist FLI with G&G Peppers issues | PFL | 0.3 | $67.50 |
| 6/22/09 | Adv | review PACA rules | PFL | 0.4 | $90.00 |
| 7/13/09 | Adv | G&G Peppers letter | PFL | 0.2 | $45.00 |
| 7/16/09 | Adv | Emails re: G&G peppers from FLI, GM and clients | PFL | 0.3 | $67.50 |
| 7/31/09 | Adv | Review additional documents supplied by clients | PFL | 1.5 | $337.50 |
| 8/3/09 | Adv | Research additional PACA issues | PFL | 1.1 | $247.50 |
| 8/10/09 | Adv | PACA research | PFL | 0.6 | $135.00 |
| 8/10/09 | Adv | review VC's research re: motion to dismiss | PFL | 0.3 | $67.50 |
| 6/1/09 | CashC | Receive and review Objection to Cash Collateral from GG Peppers re PACA claim; e-mail Debtor re same | HM | 0.8 | $160.00 |
| 8/5/09 | Adv | Conference w/ FLI, PFL and clients re G&G Peppers adversary | HM | 0.4 | $80.00 |
| 10/21/09 | Adv | Reviewed G&G's Adversary trial brief - atty conference with VC re: same | MOV | 0.3 | $60.00 |

| Date | Type | Description | Who | Hours | Amount |
|---|---|---|---|---|---|
| 10/21/09 | Resrch | Reviewed, edited and revised adversary trial motion re: PACA claims | MOV | 3.4 | $680.00 |
| 10/28/09 | Resrch | Researched PACA claims statute and case law for response brief, attorney conference with VC re: same | MOV | 1.6 | $320.00 |
| 10/30/09 | Resrch | Attorney Conference with Vc re: G& G's response to PACA claims | MOV | 0.3 | $60.00 |
| 10/30/09 | Resrch | Prepared heading of contract modification for response to G&G's motion | MOV | 0.5 | $100.00 |
| 11/4/09 | Adv | Atty conference with VC re: response brief and facts section | MOV | 0.1 | $20.00 |
| 11/10/09 | Adv | assembled documents, prepared for status hearing | VC | 0.5 | $87.50 |
| 11/10/09 | Adv | attended status hearing on 09 A 500 | VC | 0.5 | $87.50 |
| 8/5/09 | Pre-Tr | Researched for AP against G & G Peppers | Clerk | 0.5 | $45.00 |
| 8/9/09 | Adv | Researched for AP against G & G Peppers | Clerk | 2.0 | $180.00 |
| 8/10/09 | Pre-Tr | Researched and Drafted Motion to Withdraw Answer | Clerk | 1.0 | $90.00 |
| 8/11/09 | Pre-Tr | Drafted Motion to Dismiss AP | Clerk | 1.0 | $90.00 |
| 8/12/09 | Pre-Tr | drafted motion to file amended answer | Clerk | 0.4 | $36.00 |
| 9/11/09 | Adv | went through file to find docs requested by G&G for trial | Clerk | 1.0 | $90.00 |
| 9/11/09 | Adv | assembled and sent G&G's requested docs and interrogatories | Clerk | 4.0 | $360.00 |
| 9/14/09 | Resrch | researched issues in G&G v Ebro Trial | Clerk | 0.6 | $54.00 |
| 9/19/09 | Pre-Tr | drafting and serving Ebro's request to admit on G&G - AP | Clerk | 1.0 | $90.00 |
| 9/19/09 | Pre-Tr | revised request to admit for G&G v. Ebro AP | Clerk | 0.2 | $18.00 |
| 9/22/09 | Pre-Tr | revising Ebro's request to admit on G&G - AP | Clerk | 1.0 | $90.00 |
| 9/22/09 | Pre-Tr | researched issues in G&G v Ebro Trial | Clerk | 0.5 | $45.00 |
| 9/22/09 | Pre-Tr | revised requests to admit on G&G according to meeting w/ Ebro | Clerk | 0.7 | $63.00 |
| 9/22/09 | Pre-Tr | made final revisions and served request to admit on G&G | Clerk | 0.2 | $18.00 |
| 9/22/09 | Pre-Tr | researched payment term issues in PACA | Clerk | 0.3 | $27.00 |
| 9/25/09 | Adv | attempted to speak to; left messages with Joe Bodoff during the wk | Clerk | 0.2 | $18.00 |
| 9/25/09 | Adv | Began drafting a memo concerning PACA defense for Ebro's review | Clerk | 0.1 | $9.00 |

| 9/25/09 | Resrch | researched "dealer" argument for PACA Aps | Clerk | 0.2 | $18.00 |
|---|---|---|---|---|---|
| 9/25/09 | Resrch | researched invoice issues argument for PACA Aps | Clerk | 0.5 | $45.00 |
| 9/26/09 | Pre-Tr | began drafting an outline of defense strategy - G&G v Ebro | Clerk | 0.3 | $27.00 |
| 9/26/09 | Resrch | researched applicability of PACA to Ebro | Clerk | 1.5 | $135.00 |
| 9/28/09 | Resrch | researched re: G&G's objection to requests to admit | Clerk | 0.3 | $27.00 |
| 9/29/09 | Adv | conferenced with PL and FLI regarding G&G Objection to request | Clerk | 0.3 | $27.00 |
| 9/29/09 | Resrch | researched: re G&G's objection to requests to admit | Clerk | 0.6 | $54.00 |
| 9/30/09 | Adv | drafted letter to c. stokes re: G&G Objection to request to admit | Clerk | 0.2 | $18.00 |
| 9/30/09 | Adv | revised letter to c. stokes re: G&G Objection to request to admit | Clerk | 0.3 | $27.00 |
| 9/30/09 | Pre-Tr | drafted and conferenced with FLI re:witness list for G&G v Ebro AP | Clerk | 0.3 | $27.00 |
| 9/30/09 | Pre-Tr | conferenced with FLI regarding ltr to Stokes re: request to admit | Clerk | 0.2 | $18.00 |
| 9/30/09 | Pre-Tr | conferenced with FLI regarding strategy for G&G v Ebro trial | Clerk | 0.2 | $18.00 |
| 10/1/09 | Adv | spoke to Rose Barrera at Stokes office re: requests to admit | Clerk | 0.1 | $9.00 |
| 10/1/09 | Pre-Tr | Pre trial preparations for G&G v Ebro AP | Clerk | 2.0 | $180.00 |
| 10/2/09 | Pre-Tr | compiled witness/exhibit list and served to other side | Clerk | 2.5 | $225.00 |
| 10/2/09 | Pre-Tr | outlined defense strategies 09 A 500 | Clerk | 1.5 | $135.00 |
| 10/2/09 | Pre-Tr | conferenced with Bart Botta re: defense 09 A 500 | Clerk | 0.1 | $9.00 |
| 10/2/09 | Pre-Tr | conferenced with FLI re: defense strategy and exhibits/witnesses | Clerk | 0.2 | $18.00 |
| 10/2/09 | Pre-Tr | reviewed G&G exhibits/witnesses | Clerk | 0.6 | $54.00 |
| 10/2/09 | Pre-Tr | spoke with Mimi and Silvio over the phone re: possible settlement | Clerk | 0.1 | $9.00 |
| 10/2/09 | Pre-Tr | correspondence with Craig Stokes Office | Clerk | 0.2 | $18.00 |
| 10/2/09 | Pre-Tr | drafted subpoenas and served on Stokes, 09 A 500 | Clerk | 0.3 | $27.00 |
| 10/3/09 | Pre-Tr | filed exhibit and witness lists in 09 AP 500 | Clerk | 0.2 | $18.00 |
| 10/5/09 | Adv | phone conversation w/ Mimi, Silvio re: G&G v Ebro trial | Clerk | 0.5 | $45.00 |
| 10/5/09 | Pre-Tr | conference w/ FLI re: defense for G&G v Ebro trial | Clerk | 0.3 | $27.00 |
| 10/5/09 | Resrch | researched PACA agreement/invoice discrepancy issue | Clerk | 3.7 | $333.00 |
| 10/5/09 | Resrch | researched "PACA TERMS" means 10 days or ambiguous issue | Clerk | 0.7 | $63.00 |

| Date | Type | Description | Role | Hours | Amount |
|---|---|---|---|---|---|
| 10/5/09 | Resrch | researched signed POs constitutes written agreement in PACA | Clerk | 0.3 | $27.00 |
| 10/6/09 | Pre-Tr | drafted analysis of defense/op and closing args along with case law | Clerk | 4.0 | $360.00 |
| 10/6/09 | Pre-Tr | assembled list of exhibits onto cd-rom to give to court 09 A 500 | Clerk | 0.5 | $45.00 |
| 10/6/09 | Pre-Tr | meeting with FLI and Mimi/Silvio regarding trial 09 A 500 | Clerk | 1.3 | $117.00 |
| 10/6/09 | Pre-Tr | gave court new cd-rom of exhibits, replacing old one | Clerk | 0.3 | $27.00 |
| 10/6/09 | Pre-Tr | prepared docs of exhibits for trial tomorrow 09 A 500 | Clerk | 1.0 | $90.00 |
| 10/6/09 | Pre-Tr | researched bills of lading constituting "other docs" under PACA | Clerk | 0.2 | $18.00 |
| 10/6/09 | Resrch | reserached availability of attorneys fees to prevailing party in PACA | Clerk | 0.2 | $18.00 |
| 10/6/09 | Resrch | researched if a B/L constitutes "other doc" under under PACA | Clerk | 0.2 | $18.00 |
| 10/7/09 | Adv | phone correspondence with Mimi re: 09 A 500 trial | Clerk | 0.1 | $9.00 |
| 10/7/09 | Pre-Tr | drafted analysis and argument for attys fees in PACA for trial | Clerk | 0.2 | $18.00 |
| 10/7/09 | Pre-Tr | drafted analysis and argument for b/l constituted doc under PACA | Clerk | 0.1 | $9.00 |
| 10/7/09 | Resrch | researched availability of attorneys fees to prevailing party in PACA | Clerk | 0.2 | $18.00 |
| 10/7/09 | Resrch | researched if a B/L constitutes "other doc" under under PACA | Clerk | 0.2 | $18.00 |
| 10/7/09 | Trial | Attended trial G&G v Ebro, 09 A 500 | Clerk | 0.8 | $72.00 |
| 10/8/09 | Trial | Outlined facts of G&G v Ebro for draft of brief | Clerk | 2.0 | $180.00 |
| 10/9/09 | Trial | researched cases for brief in 09 A 500; "Other docs" within 499e(c | Clerk | 2.0 | $180.00 |
| 10/13/09 | Resrch | researched bases for awarding attorneys fees - 09 A 500 | Clerk | 0.2 | $18.00 |
| 10/13/09 | Resrch | researched whether any basis for atty's fees applies in 09 A 500 | Clerk | 0.2 | $18.00 |
| 10/13/09 | Trial | First draft of Brief 09 A 500 | Clerk | 1.0 | $90.00 |
| 10/13/09 | Trial | worked on first draft of Brief 09 A 500 | Clerk | 0.5 | $45.00 |
| 10/15/09 | Trial | worked on first draft of Brief 09 A 500 | Clerk | 6.0 | $540.00 |
| 10/16/09 | Resrch | researched atty's fees/costs issue for brief 09 A 500 | Clerk | 3.0 | $270.00 |
| 10/16/09 | Trial | worked on first draft of Brief 09 A 500 | Clerk | 2.0 | $180.00 |
| 10/17/09 | Trial | worked on first draft of Brief 09 A 500 | Clerk | 1.5 | $135.00 |
| 10/19/09 | Resrch | researched/read cases re: atty's fees in PACA suits | Clerk | 0.5 | $45.00 |
| 10/19/09 | Trial | made revisions to trial brief 09 A 500 | Clerk | 1.5 | $135.00 |
| 10/19/09 | Trial | trimmed down arguments in trial brief 09 A 500 | Clerk | 1.0 | $90.00 |
| 10/20/09 | Trial | attended/edited citations for trial brief 09 A 500 | Clerk | 2.0 | $180.00 |

| Date | Type | Description | Role | Hours | Amount |
|---|---|---|---|---|---|
| 10/21/09 | Trial | conference w/ MO re: final revisions to 09 A 500 Trial Brief | Clerk | 2.4 | $216.00 |
| 10/21/09 | Trial | made final revisions to trial brief 09 A 500 | Clerk | 1.5 | $135.00 |
| 10/21/09 | Trial | prepared for filing, filed and served brief 09 A 500 | Clerk | 0.5 | $45.00 |
| 10/22/09 | Trial | read G&G's brief, took notes on how to respond | Clerk | 0.7 | $63.00 |
| 10/27/09 | Adv | phone call with and email to Silvio re: Harvest PACA; G&G Bief | Clerk | 0.1 | $9.00 |
| 10/27/09 | Adv | conferenced with FLI re: G&G Brief | Clerk | 0.1 | $9.00 |
| 10/27/09 | Resrch | researched cases for response brief in 09 A 500 | Clerk | 0.5 | $45.00 |
| 10/27/09 | Trial | began drafted reponse to G&G Brief, 09 A 500 | Clerk | 0.7 | $63.00 |
| 10/28/09 | Resrch | researched cases on transactions under PACA 09 A 500 | Clerk | 1.5 | $135.00 |
| 10/28/09 | Trial | conference w/ MO re: arguments for response brief | Clerk | 1.6 | $144.00 |
| 10/30/09 | Adv | two conferences with MO re: PACA | Clerk | 0.5 | $45.00 |
| 10/30/09 | Resrch | researched various PACA issues | Clerk | 2.0 | $180.00 |
| 11/2/09 | Resrch | researched issues for 09 AP 500 - response brief | Clerk | 2.5 | $225.00 |
| 11/2/09 | Trial | drafted first draft of response brief 09 A 500 | Clerk | 2.0 | $180.00 |
| 11/2/09 | Trial | worked on draft of response brief for 09 A 500 | Clerk | 2.0 | $180.00 |
| 11/3/09 | Resrch | researched various issues relating to response to G&G brief | Clerk | 4.0 | $360.00 |
| 11/4/09 | Trial | drafted and revised response brief 09 A 500 | Clerk | 6.7 | $603.00 |
| 11/4/09 | Trial | revised response Brief 09 A 500 | Clerk | 0.4 | $36.00 |
| 11/4/09 | Trial | filed and served response brief 09 A 500 | Clerk | 0.3 | $27.00 |

| Totals by Attorney | | | | |
|---|---|---|---|---|
| | | FLI | 49.7 | $21,868.00 |
| | | PFL | 5.7 | $1,282.50 |
| | | HM | 1.2 | $240.00 |
| | | MOV | 6.2 | $1,240.00 |
| | | VC | 1 | $175.00 |
| | | Clerk | 95.6 | $8,604.00 |
| | | | | |
| Totals: | | | 159.4 | $33,409.50 |