# ATTORNEYS

**Forrest L. Ingram, Attorney.** BA, Spring Hill College, 1962; MA, Spring Hill College, 1963; MA, University of Southern California, 1965; Ph.D., University of Southern California, 1967; BD, Gemeinte Universiteit te Amsterdam, 1970; Associate Professor, Loyola University New Orleans, 1969-1973; Editor, New Orleans Review, 1971-1973; Chairman, Department of English, Moorhead State University, Moorhead, MN, 1974-1976; Professor, Chairman, Department of English and Communicative Arts, Roosevelt University, Chicago, 1976-1984; Author/Editor: various books, articles, reviews; JD, IIT-Chicago Kent College of Law, 1981; Law Review, Dean's List, Bar & Gavel Award; Admitted to Practice: Supreme Court of Illinois, 1981; Seventh Circuit Court of Appeals, 1989; United States Supreme Court, 1995. ABA, ISBA, CBA, American Bankruptcy Institute. Member, Bankruptcy and Reorganization Committee.

**Patrick F. Lambe, Attorney.** BS, Science and Civil Engineering, University of Illinois, Urbana-Champaign, 2003, JD, Loyola University of Chicago School of Law, 2006, Dean's List, President of the Intellectual Property Legal Society 2004-2005, Admitted to Practice: Supreme Court of the State of Illinois, 2006; U.S. District Court for the Northern District of Illinois, 2006. ISBA.

**Helena Milman, Attorney.** BA, Rockford College, 1997, John Marshall Award for Outstanding Achievement in Political Science, JD, The John Marshall Law School, 2007. Admitted to Practice: Supreme Court of the State of Illinois, 2007; U.S. District Court for the Northern District of Illinois, 2007. ISBA, CBA.

**Michael V. Ohlman, Attorney.** BA, University of Dayton, Ohio, JD, The John Marshall Law School, 2007, Deans List. Admitted to Practice: Supreme Court of the State of Illinois, 2007; U.S. District Court for the Northern District of Illinois, 2008. ABA, ISBA, CBA, CLLA

**Vik Chaudhry, Attorney (after 11/6/2009), Clerk (before 11/6/2009).** BS, Economics, University of Illinois, Urbana-Champaign, 2006, Dean's List, JD, Loyola University Chicago School of Law, 2009, Dean's List. Admitted to Practice: Supreme Court of the State of Illinois, 2009; U.S. District Court for the Northern District of Illinois, 2009. (Clerk prior to 11/6/2009).

**EXHIBIT D**