**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | |
| G AND G PEPPERS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. 09 A 500 |
| | ) | |
| EBRO FOODS, INC. | ) | |
| | ) | Hearing: 2/9/2010 at 9:30 a.m. |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT EBRO FOODS'
PETITION FOR ATTORNEY'S FEES**

THIS MATTER came to be heard on the Defendant's Petition for Attorney's Fees. The Court being fully advised in the premises,

**IT IS HEREBY ORDER, ADJUDGED, AND DECREED** as follows:

Defendant Ebro Foods, Inc. is awarded reimbursement in the amount of **$33,409.50** in attorney's

fees, stemming from G and G Peppers, LLC's adversary complaint against Ebro Foods, Inc. for

an alleged PACA Trust claim, in which judgment was entered in favor of Defendant Ebro Foods,

Inc.

Dated:                                                                  BY THE COURT:


                                                                        _____
This order was prepared by                                              The Honorable: Eugene R. Wedoff
Forrest L. Ingram, P.C.                                                 United States Bankruptcy Judge