# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **EBRO FOODS, INC.,** | § | Judge Eugene Wedoff |
| | § | |
| Debtor and Debtor-in-Possession. | § | Case No. 09-10101 |
| | § | |
| **G AND G PEPPERS, LLC,** | § | |
| | § | |
| Plaintiff, | § | Adv. Proc. No. 09 A 500 |
| v. | § | |
| | § | |
| **EBRO FOODS, INC.,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEAL

G and G Peppers, LLC, the Plaintiff appeals to the U.S. District Court for the Northern District of Illinois under 28 U.S.C. § 158 (a) from the memorandum opinion and judgment order of the bankruptcy court entered in this adversary proceeding on February 3, 2010.

The names of all parties to the court's judgment order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**G and G Peppers, LLC – Plaintiff/Appellant**

Craig A. Stokes
Stokes Law Office, LLP
3330 Oakwell Court, Suite 225
San Antonio, Texas 78218
Telephone: (210) 804-0011

Mary E. Gardner
Mary E. Gardner, P.C.
P.O. Box 330
West Dundee, IL 60118
Telephone (847) 804-7222

**Ebro Foods, Inc.**

Forrest L. Ingram #3129032
Patrick F. Lambe
Helena Milman
Gautham Kaveti
Forrest L. Ingram, P.C.
79 W Monroe Suite 900
Chicago, IL 60603
Telephone: (312) 759-2838

Dated: February 15, 2010.

        Respectfully submitted,

        By: /s/ Craig A. Stokes
            Craig A. Stokes (#0122572)
            STOKES LAW OFFICE LLP
            3330 Oakwell Court, Suite 225
            San Antonio, TX 78218
            Telephone (210) 804-0011
            Facsimile (210) 822-2595
            cstokes@stokeslawoffice.com

        And

        Mary E. Gardner (#6190951)
        Mary E. Gardner, P.C.
        P.O. Box 330
        West Dundee, IL 60118
        Telephone (847) 804-7222

        ATTORNEYS FOR G AND G PEPPERS, LLC

## **CERTIFICATE OF SERVICE**

    I, Craig A. Stokes, counsel for G and G Peppers LLC, certify that I caused a copy of the foregoing document to be served on the parties in interest through the Court's ECF System, via facsimile at (312) 759-0298, and via e-mail at fingram@fingramlaw.com, on this the 15th day of February, 2010.

                                          /s/ Craig A. Stokes_____
                                          Craig A. Stokes