**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **EBRO FOODS, INC.,** | § | Judge Eugene Wedoff |
| | § | |
| Debtor and Debtor-in-Possession. | § | Case No. 09-10101 |
| | § | |
| **G AND G PEPPERS, LLC,** | § | |
| | § | |
| Plaintiff, | § | Adv. Proc. No. 09 A 500 |
| v. | § | |
| | § | |
| **EBRO FOODS, INC.,** | § | |
| | § | |
| Defendant. | § | |
| | § | |

## FIRST AMENDED STATEMENT OF RECORD AND ISSUES ON APPEAL

In accordance with Bankruptcy Rule 8006, Appellant G and G Peppers, LLC ("G & G")

hereby designates the following items to be included in the record on appeal and a statement of

the of the following issues to be presented:

## STATEMENT OF APPELLATE ISSUES

1.    Whether the Bankruptcy Court erred in allowing the appellee-debtor Ebro Foods,

Inc. to assert new facts and conclusions of law contrary to those stipulated in the Joint Pretrial

Statement, or otherwise asserted in any of its pretrial pleadings, but on which the Court relied

upon in arriving at its decision.

2.    Whether appellee's "purchase orders" for perishable agricultural commodities to

be delivered by appellant constitutes an "express agreement in writing by the parties before

entering into the transaction," as contemplated under 7 U.S.C. § 499e(c)(3) and 7 C.F.R.

46.46(3), or the other related regulations promulgated by the U.S. Department of Agriculture,

such that the conflicting dates for payment between the purchase order and sales invoices invalidated the PACA trust notice on the sales invoices and subsequent waiver of said trust rights.

3.       Whether appellant is entitled to recover its reasonable attorney's fees arising from its enforcement of the USDA reparation in its favor against appellee as provided under 7 U.S.C. § 499g(b) and the express terms of appellant's sales invoices for the shipments.

## STATEMENT OF RECORD OF APPEAL

| Item | Bankr. Doc. No. | Description |
|------|-----------------|-------------|
| 1. | 1 | Adversary Complaint |
| 2. | 11 | Preliminary Pretrial Order |
| 3. | 18 | Ebro Foods, Inc. Amended Answer |
| 4. | 24 | Joint Pretrial Statement |
| 5. | 28 | G & G Amended and Supplement Exhibit List – inclusive of exhibits |
| 6. | 31 | Ebro Foods Inc. List of Exhibits |
| 7. | 33 | Transcript of trial/hearing on Adversary Claim on October 7, 2010 |
| 8. | 36 | G & G Post-trial Brief |
| 9. | 39 | G & G Reply Brief |
| 10. | 47, 48 | Bkty Court Memorandum Opinion and Order |
| 11. | 49 | Bkty Court Order of Judgment  and transcript of hearing on February 2, 2010 regarding entering of order |
| 12. | 52 | Transcript of Bkty Court's hearing in response to Ebro Foods, Inc.'s Petition for Attorney's Fees |

Dated: March 3, 2010.

Respectfully submitted,

By: /s/ Craig A. Stokes
       Craig A. Stokes (#0122572)
       STOKES LAW OFFICE LLP
       3330 Oakwell Court, Suite 225
       San Antonio, TX 78218
       Telephone (210) 804-0011
       Facsimile (210) 822-2595
       cstokes@stokeslawoffice.com

And

Mary E. Gardner (#6190951)
Mary E. Gardner, P.C.
P.O. Box 330
West Dundee, IL 60118
Telephone (847) 804-7222

ATTORNEYS FOR G AND G PEPPERS, LLC

### CERTIFICATE OF SERVICE

I, Craig A. Stokes, counsel for G and G Peppers LLC, certify that I caused a copy of the foregoing document to be served on the parties in interest through the Court's ECF System, via facsimile at (312) 759-0298, and via e-mail at fingram@fingramlaw.com, on this the 3rd day of March, 2010.

/s/ Craig A. Stokes
Craig A. Stokes