# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | The Honorable Judge Eugene Wedoff |
| | ) | |
|    Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| _____ | ) | |
| | ) | |
| G AND G PEPPERS, LLC | ) | |
| | ) | |
|    Appellant, | ) | Adversary No. 09 A 500 |
| | ) | |
|    v. | ) | |
| | ) | |
| EBRO FOODS, INC. | ) | |
| | ) | |
|    Appellee. | ) | Hearing: March 18, 2010 at 9:30 am |

## NOTICE OF MOTION

To: see service list attached

**PLEASE TAKE NOTICE** that on **March 18, 2010 at 9:30 am,** I shall appear before the Honorable Eugene R. Wedoff, or any other Judge sitting in his stead, in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall then and there present the Defendant's MOTION FOR AN EXTENSION TO FILE ITS CROSS-APPEAL, a copy of which is enclosed and is herewith served upon you, and at which time and place you may appear and be heard.

                                                                     Respectfully Submitted,

                                                                     EBRO FOODS, INC.

                                                                     /s/ Michael V. Ohlman_____
                                                                     One of Debtor's attorneys

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Philip Groben #6299914
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

## **CERTIFICATE OF SERVICE**

I, Michael V. Ohlman, an attorney, certify that I caused a true and correct copy of the foregoing document, on all parties entitled to service at the address listed below, by electronic filing through ECF, by fax at (210)822-2595 and via email at cstokes@stokeslawoffice.com, as set forth on the attached service list, at or before the hour of 5:00 p.m. on March 15, 2010

/s/ Michael V. Ohlman

## **SERVICE LIST**

VIA ECF, Email and Fax
Craig A. Stokes
STOKES LAW OFFICE, LLP
330 Oakwell Court, Suite 225
San Antonio, TX  78218
Facsimile (210)822-2595
cstokes@stokeslawoffice.com

VIA ECF
Mary E. Gardner
Mary E. Gardner, P.C.
P.O. Box 330
West Dundee, IL 60118

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | The Honorable Judge Eugene Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | |
| G AND G PEPPERS, LLC | ) | |
| | ) | |
| Appellant, | ) | Adversary No. 09 A 500 |
| | ) | |
| v. | ) | |
| | ) | |
| EBRO FOODS, INC. | ) | |
| | ) | |
| Appellee. | ) | Hearing: March 18, 2010 at 9:30 am |

### MOTION FOR AN EXTENSION TO FILE EBRO FOODS, INC'S NOTICE OF CROSS- APPEAL

NOW COMES the Debtor, EBRO FOODS, INC. ("the Debtor"), and pursuant to 28 U.S.C. § 158 and 8002(c)(2) of the Rules of Bankruptcy Procedure seeks an extension to file its Notice of Cross-Appeal. In support the Debtor states as follows:

1) On June 19, 2009, G&G Peppers, LLC ("G&G") filed an adversary complaint against the Debtor claiming it had violated a Perishable Agricultural Commodities ("PACA") trust held by G&G. G&G alleged that the Debtor breached a trust for allegedly failing to remit payment for a shipment(s) of jalapeno peppers.

2) After the pleadings were filed by both parties, a hearing was scheduled on the matter for October 7, 2009.

3) At the October 7, 2009 hearing date, it became apparent that the issues were legal, not factual. The Court requested that both parties file trial briefs and subsequent response

    trial briefs to resolve the dispute.

4) After both parties filed their briefs, the Court issued a written opinion on February 1, 2010 ("written opinion") disposing of all issues.

5) The Court's written opinion held that G&G's claim against the Debtor's bankruptcy estate is considered a general unsecured debt. Also, Ebro is entitled to a judgment as a matter of law as to the PACA claim because the purchase orders did not create a PACA trust.

6) The Debtor filed its Petition for Attorneys fees as the prevailing party in a PACA trust action on February 4, 2010.  The Court denied the Debtor's petition on February 9, 2010 for reasons stated on the record.

7) On February 15, 2010 G&G appealed the Court's written opinion but the notice was silent on the February 9, 2010 order.

8) Also on February 15, 2010, the attorney for Ebro responsible for the G&G Adversary left Debtor's counsel's firm and moved to California.

9) The firm was not made aware of any pending deadlines because the case had been closed. Only after the deadline for filing a supplemental record on appeal came due was Debtor's counsel alerted of the inadvertent mistake.   Debtor is now seeking to file its notice of appeal due to excusable neglect.

10) Rule 8002(c)(2) states that an extension may be granted if filed no later than 20 days after the expiration of the time for filing a notice of appeal.

11) The Debtor was due to file its notice of cross-appeal on March 1, 2010 and twenty days has not passed.

12) The sole reason the Debtor did not file its Notice of Cross-Appeal is due to an attorney leaving the firm and the date not being properly scheduled on the firm's calendar.

13) The Record on Appeal and Supplemental Record on Appeal contains all of the necessary documents needed to review the question presented by the Debtor and no party will be prejudiced if allowed to proceed.

WHEREFORE, the Debtor and Debtor in Possession, Ebro Foods, Inc., respectfully requests that this Honorable Court enter an order granting it permission to file its Notice of Cross-Appeal and for further relief as this Honorable Court deems just and appropriate.

        Respectfully Submitted,
        EBRO FOODS, INC.

        /s/ Michael V. Ohlman\_\_\_\_\_
        One of Debtor's attorneys

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Philip Groben #6299914
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838