## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | The Honorable Judge Eugene Wedoff |
| | ) | |
|    Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | |
| G AND G PEPPERS, LLC | ) | |
| | ) | |
|    Appellant, | ) | Adversary No. 09 A 500 |
| | ) | |
|    v. | ) | |
| | ) | |
| EBRO FOODS, INC. | ) | |
| | ) | |
|    Appellee. | ) | Hearing: March 18, 2010 at 9:30 am |

### ORDER

This matter coming to be heard on the Debtor's Motion for an Extension to File Its Notice of Cross-Appeal, due notice having been given and the Court being advised in the premises, it is hereby ordered:

1) The Court has jurisdiction over the subject matter of this motion pursuant to Rule 8002(c) of the Rules of Bankruptcy Procedure,

2) Debtor, Ebro Foods, Inc., is granted an extension until _____ to file its Notice of Cross-Appeal.

Dated:                                                                                              BY THE COURT:

 

_____
The Honorable: Eugene R. Wedoff
United States Bankruptcy Judge

This order was prepared by
Forrest L. Ingram, P.C.