# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | The Honorable Judge Eugene Wedoff |
| | ) | |
|    Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| _____ | ) | |
| | ) | |
| G AND G PEPPERS, LLC | ) | |
| | ) | |
|    Appellant, | ) | Adversary No. 09 A 500 |
| | ) | |
|       v. | ) | |
| | ) | |
| EBRO FOODS, INC. | ) | |
| | ) | |
|    Appellee. | | |

## NOTICE OF FILING

To:   See attached service list

PLEASE TAKE NOTICE that on **Monday, March 15, 2010** I had to be filed Ebro Foods, Inc's SUPPLEMENTAL RECORD ON APPEAL AND ISSUES ON CROSS-APPEAL, a copy of which is enclosed and is herewith served upon you.

                                            /s/ Michael V. Ohlman_____
                                            One of Debtor's attorneys

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Philip Groben #6299914
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Michael V. Ohlman, an attorney, certify that I caused a true and correct copy of the foregoing document, on all parties entitled to service at the address listed below, by electronic filing through ECF, by fax at (210)822-2595 and via email at cstokes@stokeslawoffice.com, as set forth on the attached service list, at or before 5:00 p.m. on March 15, 2010

                                            /s/ Michael V. Ohlman

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | The Honorable Judge Eugene Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| _____ | ) | |
| | ) | |
| G AND G PEPPERS, LLC | ) | |
| | ) | |
| Appellant, | ) | Adversary No. 09 A 500 |
| | ) | |
| v. | ) | |
| | ) | |
| EBRO FOODS, INC. | ) | |
| | ) | |
| Appellee. | ) | |

## SUPPLEMENTAL RECORD ON APPEAL AND ISSUES ON CROSS-APPEAL

Pursuant to Bankruptcy Rule 8006, Appellee, Ebro Foods, Inc. ("Ebro") hereby designates the following items to be included in the record on appeal and a statement of the following issues to be presented in its Cross-Appeal:

## STATEMENT OF ISSUE ON CROSS-APPEAL

1. Whether the Bankruptcy Court erred in denying Ebro's reasonable attorneys' fees that arose pursuant to §499g as the prevailing party in an action initiated by G&G Peppers, LLC's to enforce and appeal a USDA reparation's order.

1

**SUPPLEMENTAL STATEMENT OF RECORD ON APPEAL**

| Item | Bankr. Doc. No. | Description |
|------|-----------------|-------------|
| A | 27 | Trial Order (RE: 1 Complaint). Discovery Cutoff 10/1/2009.Objections due by 10/5/2009. Witness List due by 10/2/2009.Exhibit List due by 10/2/2009. Trial date set for 10/7/2009 at 10:30 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. Signed on 8/25/2009 (Rodarte, Aida) (Entered: 08/26/2009) |
| B | 30 | CORRECTIVE ENTRY Incorrect PDF, FIler Refiled (RE: 29 List of Exhibits). (Sims, Mildred) (Entered: 10/09/2009)  List of Witnesses Filed by Forrest L Ingram on behalf of EBRO Foods INC. (Ingram, Forrest) (Entered: 10/03/2009) |
| C | 31 | List of Exhibits Filed by Forrest L Ingram on behalf of EBRO Foods INC. (Ingram, Forrest) (Entered: 10/05/2009) |
| D | 29, 34 | Incorrect PDF, FIler Refiled List of Exhibits Filed by Forrest L Ingram on behalf of EBRO Foods INC. (Ingram, Forrest) Modified on 10/9/2009 (Sims, Mildred). (Entered: 10/03/2009)  CORRECTIVE ENTRY Incorrect PDF, FIler Refiled (RE: 29 List of Exhibits). (Sims, Mildred) (Entered: 10/09/2009) |
| E | 35 | Brief Trial Brief Filed by Forrest L Ingram on behalf of EBRO Foods INC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I) (Ingram, Forrest) (Entered: 10/21/2009) |
| F | 37 | Brief Responding to G and G Peppers Post-Trial Brief Filed by Forrest L Ingram on behalf of EBRO Foods INC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Ingram, Forrest) (Entered: 11/04/2009) |

| | | |
|---|---|---|
| G | 51 | Notice of Motion and Motion to Approve Inclusion of Attorney's Fees in Final Judgment Filed by Forrest L Ingram on behalf of EBRO Foods INC. Hearing scheduled for 2/9/2010 at 09:30 AM at 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Proposed Order) (Ingram, Forrest) (Entered: 02/04/2010) |
| H | 52 | (E)Order Denying for the Reasons Stated on the Record Motion to Approve (Related Doc # 51 ). Signed on 2/9/2010. (Rodarte, Aida) (Entered: 02/10/2010) |

                                          Respectfully Submitted,
                                          EBRO FOODS, INC.

                                          /s/ Michael V. Ohlman_____
                                          One of Debtor's attorneys

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Philip Groben #6299914
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

3

4