**From:** USBC_ILNB@ilnb.uscourts.gov
**Sent:** Monday, February 15, 2010 3:55 PM
**To:** CourtMail@ilnb.uscourts.gov
**Subject:** Ch- ERW 09-00500 G and G Peppers, LLC v. EBRO Foods INC Notice of Appeal

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

### Northern District of Illinois

Notice of Electronic Filing

The following transaction was received from Craig A Stokes entered on 2/15/2010 at 3:55 PM CST and filed on 2/15/2010

**Case Name:** G and G Peppers, LLC v. EBRO Foods INC
**Case Number:** 09-00500
**WARNING: CASE CLOSED on 02/03/2010**
**Document Number:** 53

**Docket Text:**
Notice of Appeal to District Court. Filed by Craig A Stokes on behalf of G and G Peppers, LLC. Fee Amount $255 (RE: [46] Order (Generic)). Appellant Designation due by 03/1/2010. Transmission of Record Due by 03/29/2010. (Stokes, Craig)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\GG Peppers v Ebro - Notice of Appeal (2.15.10).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=2/15/2010] [FileNumber=27185779-0] [69cf5cbbca5c87f54e52860e76a43047a94acd2fa8ed5059fd7761f95ce2adaec1 4b8a1514108a0c36bb1eb4c845da351f767c1ef93c469d6dbe733e67c21648]]

**09-00500 Notice will be electronically mailed to:**

Forrest L Ingram on behalf of Defendant EBRO Foods INC
fingram@fingramlaw.com

Craig A Stokes on behalf of Plaintiff G and G Peppers, LLC
cstokes@stokeslawoffice.com, rbarrera@stokeslawoffice.com;jlopez@stokeslawoffice.com

1

**EXHIBIT A**